IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER WALTERS AND RICHARD DEGAETANO,<br><br>Plaintiffs,<br><br>v.<br><br>METAVERSE CORPORATION,<br><br>Defendant. | Case No. 6:24-cv-00097-DNH-ML |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiffs Christopher Walters and Richard DeGaetano filed this case against Defendant Metaverse Corporation on January 21, 2024.

2. Whereas Defendant has not yet filed an answer in this action, and thus dismissal is appropriate without Court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss their Complaint without prejudice.

Dated: March 13, 2024

Respectfully Submitted,

*/s/ Benjamin Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

David N. Hurd
U.S. District Judge

Dated: 03-14-2024